## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Legacy IMBDS, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |
| Synacor, Inc., | |
| Plaintiff, | Adv. Pro. No. 23-50753-KBO |
| v. | |
| IV Media, LLC; Innovation Ventures, LLC; Portal Acquisition Co.; iMedia Brands, Inc.; ValueVision Interactive, Inc.; VVI Fulfillment Center, Inc.; ValueVision Retail Inc.; JWH Acquisition Company; PW Acquisition Company, LLC; EP Properties, LLC; FL Acquisition Company; Norwell Television, LLC; 867 Grand Avenue, LLC; and Unidentified Parties, 1-25, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Christopher Viceconte, certify that:

1. I am, and at all times during the service of process described herein was, not less than 18 years of age and not a party in this matter.

---

[1] The debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

2.      I am a director of the law firm of Gibbons P.C., counsel for Synacor, Inc., plaintiff in the above-captioned adversary proceeding.

3.      On November 7, 2023, I caused a true and correct copy of (i) the *Complaint for Declaratory Judgment*, which was filed with the United States Bankruptcy Court for the District of Delaware on November 1, 2023 [D.I. 1]; (ii) the *Notice of Dispute Resolution Alternatives* (Local Form 110B); and (iii) the *Summons and Notice of Pretrial Conference in an Adversary Proceeding* (Local Form 108), attached hereto as **Exhibit A** through **Exhibit M** (each a "Summons"), to be served upon each of the above-captioned defendants at the address set forth in each Summons, by regular first class United States mail, postage fully pre-paid.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 9, 2023          GIBBONS P.C.
Wilmington, Delaware

*/s/ Christopher Viceconte*
Christopher Viceconte (No. 5568)
GIBBONS P.C.
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801
Telephone: (302) 518-6300
Email: cviceconte@gibbonslaw.com

**EXHIBIT A**

# United States Bankruptcy Court
## District of Delaware

| | | |
|---|---|---|
| In re: | Legacy IMBDS, Inc., et al.,[1] ) | |
| | Debtor, ) | |
| | ) | Case No.: 23-10852 (KBO) |
| | Synacor, Inc., ) | |
| | Plaintiff, ) | Chapter: 11 |
| | v. ) | |
| | ) | |
| | IV Media, LLC; Innovation Ventures, LLC; Portal ) | Adv. Proc. No.: 23-50753 |
| | Acquisition Co.; iMedia Brands, Inc.; ValueVision ) | |
| | Interactive, Inc.; VVI Fulfillment Center, Inc.; ) | |
| | ValueVision Retail Inc.; JWH Acquisition Company; ) | |
| | PW Acquisition Company, LLC; EP Properties, ) | |
| | LLC; FL Acquisition Company; Norwell Television, ) | |
| | LLC; 867 Grand Avenue, LLC; and Unidentified ) | |
| | Parties, 1-25. ) | |
| | Defendants. ) | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

**TO:    867 GRAND AVENUE LLC**,
**c/o CT Corporation System Inc., 1010 Dale St. N., St. Paul, MN 55117-5603**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk: |
|---|
| 824 Market Street, 3rd Floor |
| Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
|---|
| Christopher Viceconte (No. 5568) |
| Chantelle D. McClamb (No. 5978) |
| GIBBONS P.C. |
| 300 Delaware Avenue, Suite 1015, Wilmington, DE 19801-1671 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Courtroom: #3 |
|---|---|
| 824 N. Market St. | |
| 6th Floor | Date and Time: 12/21/2023 @ 2:00pm |
| Wilmington, DE 19801 | |

---

[1] The debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy**
**Court for the District**
  **of Delaware**

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: November 7, 2023

# EXHIBIT B

# United States Bankruptcy Court
## District of Delaware

| | | |
|---|---|---|
| In re: Legacy IMBDS, Inc., et al.,[1] | ) | |
| Debtor, | ) | |
| | ) | Case No.: 23-10852 (KBO) |
| Synacor, Inc., | ) | |
| Plaintiff, | ) | Chapter: 11 |
| v. | ) | |
| | ) | |
| IV Media, LLC; Innovation Ventures, LLC; Portal | ) | Adv. Proc. No.: 23-50753 |
| Acquisition Co.; iMedia Brands, Inc.; ValueVision | ) | |
| Interactive, Inc.; VVI Fulfillment Center, Inc.; | ) | |
| ValueVision Retail Inc.; JWH Acquisition Company; | ) | |
| PW Acquisition Company, LLC; EP Properties, | ) | |
| LLC; FL Acquisition Company; Norwell Television, | ) | |
| LLC; 867 Grand Avenue, LLC; and Unidentified | ) | |
| Parties, 1-25. | ) | |
| Defendants. | ) | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

**TO:    EP PROPERTIES, LLC**
**c/o James Alexander Wasserburger, iMedia Brands, Inc., 6740 Shady Oak Road,**
**Eden Prairie, MN 55344**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| |
|---|
| Address of Clerk: |
| 824 Market Street, 3rd Floor |
| Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| |
|---|
| Name and Address of Plaintiff's Attorney: |
| Christopher Viceconte (No. 5568) |
| Chantelle D. McClamb (No. 5978) |
| GIBBONS P.C. |
| 300 Delaware Avenue, Suite 1015, Wilmington, DE 19801-1671 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Address | Courtroom #3 |
| 824 N. Market St. | |
| 6th Floor | Date and Time 12/21/2023 @ 2:00 pm |
| Wilmington, DE 19801 | |

---

[1] The debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: November 7, 2023

**EXHIBIT C**

# United States Bankruptcy Court
# District of Delaware

| | | |
|---|---|---|
| In re: | Legacy IMBDS, Inc., et al.,[1] | ) |
| | Debtor, | ) |
| | | ) Case No.: 23-10852 (KBO) |
| | Synacor, Inc., | ) |
| | Plaintiff, | ) Chapter: 11 |
| | v. | ) |
| | | ) |
| | IV Media, LLC; Innovation Ventures, LLC; Portal | ) Adv. Proc. No.: 23-50753 |
| | Acquisition Co.; iMedia Brands, Inc.; ValueVision | ) |
| | Interactive, Inc.; VVI Fulfillment Center, Inc.; | ) |
| | ValueVision Retail Inc.; JWH Acquisition Company; | ) |
| | PW Acquisition Company, LLC; EP Properties, | ) |
| | LLC; FL Acquisition Company; Norwell Television, | ) |
| | LLC; 867 Grand Avenue, LLC; and Unidentified | ) |
| | Parties, 1-25. | ) |
| | Defendants. | ) |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

**TO:     FL ACQUISITION COMPANY**
**c/o CT Corporation System Inc., 1010 Dale St. N., St. Paul, MN 55117-5603**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| |
|---|
| Address of Clerk: |
| 824 Market Street, 3rd Floor |
| Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| |
|---|
| Name and Address of Plaintiff's Attorney: |
| Christopher Viceconte (No. 5568) |
| Chantelle D. McClamb (No. 5978) |
| GIBBONS P.C. |
| 300 Delaware Avenue, Suite 1015, Wilmington, DE 19801-1671 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Address | Courtroom: #3 |
| 824 N. Market St. | |
| 6th Floor | Date and Time: 12/21/2023 @ 2:00pm |
| Wilmington, DE 19801 | |

---

[1] The debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy**
 **Court for the District**
   **of Delaware**

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: November 7, 2023

# EXHIBIT D

# United States Bankruptcy Court
# District of Delaware

| | |
|---|---|
| In re: Legacy IMBDS, Inc., et al.,[1] | ) |
| Debtor, | ) |
| | ) Case No.: 23-10852 (KBO) |
| Synacor, Inc., | ) |
| Plaintiff, | ) Chapter: 11 |
| v. | ) |
| | ) |
| IV Media, LLC; Innovation Ventures, LLC; Portal | ) Adv. Proc. No.:23-50753 |
| Acquisition Co.; iMedia Brands, Inc.; ValueVision | ) |
| Interactive, Inc.; VVI Fulfillment Center, Inc.; | ) |
| ValueVision Retail Inc.; JWH Acquisition Company; | ) |
| PW Acquisition Company, LLC; EP Properties, | ) |
| LLC; FL Acquisition Company; Norwell Television, | ) |
| LLC; 867 Grand Avenue, LLC; and Unidentified | ) |
| Parties, 1-25. | ) |
| Defendants. | ) |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

**TO:** **IMEDIA BRANDS, INC.,**
**c/o CT Corporation System Inc., 120 South Central Avenue, Clayton, MO 63105**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| |
|---|
| Address of Clerk: |
| 824 Market Street, 3rd Floor |
| Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| |
|---|
| Name and Address of Plaintiff's Attorney: |
| Christopher Viceconte (No. 5568) |
| Chantelle D. McClamb (No. 5978) |
| GIBBONS P.C. |
| 300 Delaware Avenue, Suite 1015, Wilmington, DE 19801-1671 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Address | Courtroom: #3 |
| 824 N. Market St. | |
| 6th Floor | Date and Time: 12/21/2023 @ 2:00pm |
| Wilmington, DE 19801 | |

---

[1] The debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy
    Court for the District
        of Delaware

Date: November 7, 2023

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

# EXHIBIT E

# United States Bankruptcy Court
## District of Delaware

| | | |
|---|---|---|
| In re: | Legacy IMBDS, Inc., et al.,[1] ) | |
| | Debtor, ) | |
| | ) | Case No.: 23-10852 (KBO) |
| | Synacor, Inc., ) | |
| | Plaintiff, ) | Chapter: 11 |
| | v. ) | |
| | ) | |
| | IV Media, LLC; Innovation Ventures, LLC; Portal ) | Adv. Proc. No.: 23-50753 |
| | Acquisition Co.; iMedia Brands, Inc.; ValueVision ) | |
| | Interactive, Inc.; VVI Fulfillment Center, Inc.; ) | |
| | ValueVision Retail Inc.; JWH Acquisition Company; ) | |
| | PW Acquisition Company, LLC; EP Properties, ) | |
| | LLC; FL Acquisition Company; Norwell Television, ) | |
| | LLC; 867 Grand Avenue, LLC; and Unidentified ) | |
| | Parties, 1-25. ) | |
| | Defendants. ) | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

**TO:    INNOVATION VENTURES, LLC,**
**c/o Shawn McCue, 38955 Hills Tech Drive, Farmington Hills, MI 48331**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| |
|---|
| Address of Clerk: |
| 824 Market Street, 3rd Floor |
| Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| |
|---|
| Name and Address of Plaintiff's Attorney: |
| Christopher Viceconte (No. 5568) |
| Chantelle D. McClamb (No. 5978) |
| GIBBONS P.C. |
| 300 Delaware Avenue, Suite 1015, Wilmington, DE 19801-1671 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Address | Courtroom: #3 |
| 824 N. Market St. | |
| 6th Floor | Date and Time: 12/21/2023 @ 2:00pm |
| Wilmington, DE 19801 | |

---

[1] The debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy**
**Court for the District**
**of Delaware**

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: November 7, 2023

# EXHIBIT F

# United States Bankruptcy Court
## District of Delaware

| | |
|---|---|
| In re: Legacy IMBDS, Inc., et al.,[1] | ) |
| Debtor, | ) |
| | ) Case No.: 23-10852 (KBO) |
| Synacor, Inc., | ) |
| Plaintiff, | ) Chapter: 11 |
| v. | ) |
| | ) |
| IV Media, LLC; Innovation Ventures, LLC; Portal | ) Adv. Proc. No.: 23-50753 |
| Acquisition Co.; iMedia Brands, Inc.; ValueVision | ) |
| Interactive, Inc.; VVI Fulfillment Center, Inc.; | ) |
| ValueVision Retail Inc.; JWH Acquisition Company; | ) |
| PW Acquisition Company, LLC; EP Properties, | ) |
| LLC; FL Acquisition Company; Norwell Television, | ) |
| LLC; 867 Grand Avenue, LLC; and Unidentified | ) |
| Parties, 1-25. | ) |
| Defendants. | ) |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

**TO:   IV MEDIA, LLC,**
**c/o Oakland Law Group, PLLC,**
**38955 Hills Tech Drive, Farmington Hills, MI 48331**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| |
|---|
| Address of Clerk:<br>824 Market Street, 3rd Floor<br>Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| |
|---|
| Name and Address of Plaintiff's Attorney:<br>Christopher Viceconte (No. 5568)<br>Chantelle D. McClamb (No. 5978)<br>GIBBONS P.C.<br>300 Delaware Avenue, Suite 1015, Wilmington, DE 19801-1671 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Address<br>824 N. Market St.<br>6th Floor<br>Wilmington, DE 19801 | Courtroom: #3<br><br>Date and Time: 12/21/2023 @ 2:00pm |

---

[1] The debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
  Court for the District
    of Delaware**

Date: November 7, 2023

<u>/s/ Una O'Boyle</u>
*Clerk of the Bankruptcy Court*

# EXHIBIT G

# United States Bankruptcy Court
## District of Delaware

| | | |
|---|---|---|
| In re: | Legacy IMBDS, Inc., et al.,[1] ) | |
| | Debtor, ) | |
| | ) | Case No.: 23-10852 (KBO) |
| | Synacor, Inc., ) | |
| | Plaintiff, ) | Chapter: 11 |
| | v. ) | |
| | ) | |
| | IV Media, LLC; Innovation Ventures, LLC; Portal ) | Adv. Proc. No.:23-50753 |
| | Acquisition Co.; iMedia Brands, Inc.; ValueVision ) | |
| | Interactive, Inc.; VVI Fulfillment Center, Inc.; ) | |
| | ValueVision Retail Inc.; JWH Acquisition Company; ) | |
| | PW Acquisition Company, LLC; EP Properties, ) | |
| | LLC; FL Acquisition Company; Norwell Television, ) | |
| | LLC; 867 Grand Avenue, LLC; and Unidentified ) | |
| | Parties, 1-25. ) | |
| | Defendants. ) | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

**TO:    JWH ACQUISITION COMPANY,**
**c/o CT Corporation System Inc., 1010 Dale St. N., St. Paul, MN 55117-5603**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| |
|---|
| Address of Clerk: |
| 824 Market Street, 3rd Floor |
| Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| |
|---|
| Name and Address of Plaintiff's Attorney: |
| Christopher Viceconte (No. 5568) |
| Chantelle D. McClamb (No. 5978) |
| GIBBONS P.C. |
| 300 Delaware Avenue, Suite 1015, Wilmington, DE 19801-1671 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Address | Courtroom: #3 |
| 824 N. Market St. | |
| 6th Floor | Date and Time: 12/21/2023 @ 2:00pm |
| Wilmington, DE 19801 | |

---

[1] The debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy
  Court for the District
    of Delaware

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: November 7, 2023

# EXHIBIT H

# United States Bankruptcy Court
## District of Delaware

| | | |
|---|---|---|
| In re: Legacy IMBDS, Inc., et al.,[1] | ) | |
| Debtor, | ) | |
| | ) | Case No.: 23-10852 (KBO) |
| Synacor, Inc., | ) | |
| Plaintiff, | ) | Chapter: 11 |
| v. | ) | |
| | ) | |
| IV Media, LLC; Innovation Ventures, LLC; Portal | ) | Adv. Proc. No.: 23-50753 |
| Acquisition Co.; iMedia Brands, Inc.; ValueVision | ) | |
| Interactive, Inc.; VVI Fulfillment Center, Inc.; | ) | |
| ValueVision Retail Inc.; JWH Acquisition Company; | ) | |
| PW Acquisition Company, LLC; EP Properties, | ) | |
| LLC; FL Acquisition Company; Norwell Television, | ) | |
| LLC; 867 Grand Avenue, LLC; and Unidentified | ) | |
| Parties, 1-25. | ) | |
| Defendants. | ) | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

**TO:     NORWELL TELEVISION, LLC,**
**c/o CT Corporation System, 155 Federal Street, Suite 700, Boston, MA 02110**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| |
|---|
| Address of Clerk: |
| 824 Market Street, 3rd Floor |
| Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| |
|---|
| Name and Address of Plaintiff's Attorney: |
| Christopher Viceconte (No. 5568) |
| Chantelle D. McClamb (No. 5978) |
| GIBBONS P.C. |
| 300 Delaware Avenue, Suite 1015, Wilmington, DE 19801-1671 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Address | Courtroom: #3 |
| 824 N. Market St. | |
| 6th Floor | Date and Time: 12/21/2023 @ 2:00pm |
| Wilmington, DE 19801 | |

---

[1] The debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
  Court for the District
     of Delaware**

Date: November 7, 2023

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

# EXHIBIT I

# United States Bankruptcy Court
## District of Delaware

| | | |
|---|---|---|
| In re: | Legacy IMBDS, Inc., et al.,[1] ) | |
| | Debtor, ) | |
| | ) | Case No.: 23-10852 (KBO) |
| Synacor, Inc., | ) | |
| | Plaintiff, ) | Chapter: 11 |
| | v. ) | |
| | ) | |
| IV Media, LLC; Innovation Ventures, LLC; Portal ) | | Adv. Proc. No.: 23-50753 |
| Acquisition Co.; iMedia Brands, Inc.; ValueVision ) | | |
| Interactive, Inc.; VVI Fulfillment Center, Inc.; ) | | |
| ValueVision Retail Inc.; JWH Acquisition Company; ) | | |
| PW Acquisition Company, LLC; EP Properties, ) | | |
| LLC; FL Acquisition Company; Norwell Television, ) | | |
| LLC; 867 Grand Avenue, LLC; and Unidentified ) | | |
| Parties, 1-25. ) | | |
| | Defendants. ) | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

**TO:     PORTAL ACQUISITION COMPANY,**
**c/o Timothy Peterman, CEO, 6740 Shady Oak Road, Eden Prairie, MN 55344**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
> 824 Market Street, 3rd Floor
> Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney:
> Christopher Viceconte (No. 5568)
> Chantelle D. McClamb (No. 5978)
> GIBBONS P.C.
> 300 Delaware Avenue, Suite 1015, Wilmington, DE 19801-1671

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

> Address                                         Courtroom: #3
> 824 N. Market St.
> 6th Floor                                       Date and Time: 12/21/2023 @ 2:00pm
> Wilmington, DE 19801

---

[1] The debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy**
  **Court for the District**
    **of Delaware**

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: November 7, 2023

# EXHIBIT J

# United States Bankruptcy Court
## District of Delaware

| | | |
|---|---|---|
| In re: | Legacy IMBDS, Inc., et al.,[1] ) | |
| | Debtor, ) | |
| | ) | Case No.: 23-10852 (KBO) |
| | Synacor, Inc., ) | |
| | Plaintiff, ) | Chapter: 11 |
| | v. ) | |
| | ) | |
| | IV Media, LLC; Innovation Ventures, LLC; Portal ) | Adv. Proc. No.: 23-50753 |
| | Acquisition Co.; iMedia Brands, Inc.; ValueVision ) | |
| | Interactive, Inc.; VVI Fulfillment Center, Inc.; ) | |
| | ValueVision Retail Inc.; JWH Acquisition Company; ) | |
| | PW Acquisition Company, LLC; EP Properties, ) | |
| | LLC; FL Acquisition Company; Norwell Television, ) | |
| | LLC; 867 Grand Avenue, LLC; and Unidentified ) | |
| | Parties, 1-25. ) | |
| | Defendants. ) | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

**TO:  PW ACQUISITION COMPANY, LLC,**
**c/o CT Corporation System Inc., 1010 Dale St. N., St. Paul, MN 55117-5603**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk: |
|---|
| 824 Market Street, 3rd Floor |
| Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
|---|
| Christopher Viceconte (No. 5568) |
| Chantelle D. McClamb (No. 5978) |
| GIBBONS P.C. |
| 300 Delaware Avenue, Suite 1015, Wilmington, DE 19801-1671 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Courtroom: #3 |
|---|---|
| 824 N. Market St. | |
| 6th Floor | Date and Time: 12/21/2023 @ 2:00pm |
| Wilmington, DE 19801 | |

---

[1] The debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: November 7, 2023

# EXHIBIT K

# United States Bankruptcy Court
## District of Delaware

| | | |
|---|---|---|
| In re: | Legacy IMBDS, Inc., et al.,[1] ) | |
| | Debtor, ) | |
| | ) | Case No.: 23-10852 (KBO) |
| Synacor, Inc., | ) | |
| | Plaintiff, ) | Chapter: 11 |
| | v. ) | |
| | ) | |
| IV Media, LLC; Innovation Ventures, LLC; Portal | ) | Adv. Proc. No.: 23-50753 |
| Acquisition Co.; iMedia Brands, Inc.; ValueVision | ) | |
| Interactive, Inc.; VVI Fulfillment Center, Inc.; | ) | |
| ValueVision Retail Inc.; JWH Acquisition Company; | ) | |
| PW Acquisition Company, LLC; EP Properties, | ) | |
| LLC; FL Acquisition Company; Norwell Television, | ) | |
| LLC; 867 Grand Avenue, LLC; and Unidentified | ) | |
| Parties, 1-25. | ) | |
| | Defendants. ) | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

**TO:     VALUEVISION INTERACTIVE, INC.,**
**c/o CT Corporation System Inc., 1010 Dale St. N., St. Paul, MN 55117-5603**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk: |
|---|
| 824 Market Street, 3rd Floor |
| Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
|---|
| Christopher Viceconte (No. 5568) |
| Chantelle D. McClamb (No. 5978) |
| GIBBONS P.C. |
| 300 Delaware Avenue, Suite 1015, Wilmington, DE 19801-1671 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Courtroom: #3 |
|---|---|
| 824 N. Market St. | |
| 6th Floor | Date and Time: 12/21/2023 @ 2:00pm |
| Wilmington, DE 19801 | |

---

[1] The debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: November 7, 2023

# EXHIBIT L

# United States Bankruptcy Court
## District of Delaware

| | | |
|---|---|---|
| In re: | Legacy IMBDS, Inc., et al.,[1] | ) |
| | Debtor, | ) |
| | | )    Case No.: 23-10852 (KBO) |
| | Synacor, Inc., | ) |
| | Plaintiff, | )    Chapter: 11 |
| | v. | ) |
| | | ) |
| | IV Media, LLC; Innovation Ventures, LLC; Portal | )    Adv. Proc. No.: 23-50753 |
| | Acquisition Co.; iMedia Brands, Inc.; ValueVision | ) |
| | Interactive, Inc.; VVI Fulfillment Center, Inc.; | ) |
| | ValueVision Retail Inc.; JWH Acquisition Company; | ) |
| | PW Acquisition Company, LLC; EP Properties, | ) |
| | LLC; FL Acquisition Company; Norwell Television, | ) |
| | LLC; 867 Grand Avenue, LLC; and Unidentified | ) |
| | Parties, 1-25. | ) |
| | Defendants. | ) |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

**TO:    VALUEVISION RETAIL, INC.,**
**c/o CT Corporation System Inc., 1010 Dale St. N., St. Paul, MN 55117-5603**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| |
|---|
| Address of Clerk: |
|       824 Market Street, 3rd Floor |
|       Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| |
|---|
| Name and Address of Plaintiff's Attorney: |
|       Christopher Viceconte (No. 5568) |
|       Chantelle D. McClamb (No. 5978) |
|       GIBBONS P.C. |
|       300 Delaware Avenue, Suite 1015, Wilmington, DE 19801-1671 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Address | Courtroom: #3 |
| 824 N. Market St. | |
| 6th Floor | Date and Time: 12/21/2023 @ 2:00pm |
| Wilmington, DE 19801 | |

---

[1] The debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: November 7, 2023

# EXHIBIT M

# United States Bankruptcy Court
## District of Delaware

| | | | |
|---|---|---|---|
| In re: | Legacy IMBDS, Inc., et al.,[1] | ) | |
| | Debtor, | ) | |
| | | ) | Case No.: 23-10852 (KBO) |
| | Synacor, Inc., | ) | |
| | Plaintiff, | ) | Chapter: 11 |
| | v. | ) | |
| | | ) | |
| | IV Media, LLC; Innovation Ventures, LLC; Portal | ) | Adv. Proc. No.: 23-50753 |
| | Acquisition Co.; iMedia Brands, Inc.; ValueVision | ) | |
| | Interactive, Inc.; VVI Fulfillment Center, Inc.; | ) | |
| | ValueVision Retail Inc.; JWH Acquisition Company; | ) | |
| | PW Acquisition Company, LLC; EP Properties, | ) | |
| | LLC; FL Acquisition Company; Norwell Television, | ) | |
| | LLC; 867 Grand Avenue, LLC; and Unidentified | ) | |
| | Parties, 1-25. | ) | |
| | Defendants. | ) | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

**TO:   VVI FULFILLMENT CENTER, INC.,**
**      c/o CT Corporation System Inc., 1010 Dale St. N., St. Paul, MN 55117-5603**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| |
|---|
| Address of Clerk: |
| 824 Market Street, 3rd Floor |
| Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| |
|---|
| Name and Address of Plaintiff's Attorney: |
| Christopher Viceconte (No. 5568) |
| Chantelle D. McClamb (No. 5978) |
| GIBBONS P.C. |
| 300 Delaware Avenue, Suite 1015, Wilmington, DE 19801-1671 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Address | Courtroom: #3 |
| 824 N. Market St. | |
| 6th Floor | Date and Time: 12/21/2023 @ 2:00 pm |
| Wilmington, DE 19801 | |

---

[1] The debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
Court for the District
of Delaware**

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: November 7, 2023