# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| LEGACY IMBDS, INC., et al., | ) | Case No. 23-10852.-KBO |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |
| | ) | |
| SYNACOR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| IV MEDIA, LLC; INNOVATION VENTURS, LLC; PORTAL ACQUISITION CO.; IMEDIA BRANDS, INC.; VALUEVISION INTERACTIVE, INC.; VVI FULFILLMENT CENTER, INC.; VALUEVISION RETAIL, INC.; JWH ACQUISITION COMPANY; PW ACQUISITION COMPANY, LLC; EP PROPERTIES, LLC; FL ACQUISITION COMPANY; NORWELL TELEVISION, LLC; 867 GRAND AVENUE, LLC; UNIDENTIFIED PARTIES 1-25, | ) | Adversary No. 23-50753-KBO |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned counsel hereby enter their appearance in the above captioned case as counsel to the Plaintiff, pursuant to section 1109(b) of title 11 of the United States Code and rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that

copies of any and all notices, papers, and pleadings, filed or entered in this case be given to and served upon Plaintiff through their undersigned counsel as follows:

Christopher Viceconte, Esq.
GIBBONS P.C.
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801-1671
Telephone: (302) 518-6300
E-mail: cviceconte@gibbonslaw.com

Curtis L. Tuggle, Esq.
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
Telephone: (216) 566-5904
Email: Curtis.Tuggle@ThompsonHine.com

Jonathan Hawkins, Esq.
THOMPSON HINE LLP
Discovery Place
10050 Innovation Drive, Suite 400
Dayton, Ohio 45342-4934
Telephone: (937) 443-6860
Email: Jonathan.Hawkins@ThompsonHine.com

Ryan Blackney, Esq.
THOMPSON HINE LLP
20 North Clark Street, Suite 3200
Chicago, Illinois 60602-5093
Telephone: (312) 998-4283
Email: Ryan.Blackney@ThompsonHine.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Papers* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural rights of Plaintiff, including, without limitation,: (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case,

controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent the consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Petitioners are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until Plaintiff expressly states otherwise, Plaintiff does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: November 13, 2023
Wilmington, Delaware

*/s/ Christopher Viceconte*
Christopher Viceconte (No. 5568)
GIBBONS P.C.
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801-1671
Tel: (302) 518-6300
Fax: (302) 429-6294
Email: cviceconte@gibbonslaw.com

*Counsel for Plaintiff Synacor Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 13th day of November 2023, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was caused to be served via CM/ECF on all parties who have registered for electronic service in this case.

Dated: November 13, 2023
      Wilmington, Delaware

*/s/ Christopher Viceconte*
Christopher Viceconte (No. 5568)
Gibbons, P.C.