**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy IMBDS, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |
| Synacor, Inc., | |
| Plaintiff, | Adv. Proc. No. 23-50753 (KBO) |
| v. | |
| IV Media, LLC; Innovation Ventures, LLC; Portal Acquisition Co.; iMedia Brands, Inc.; ValueVision Interactive, Inc.; VVI Fulfillment Center, Inc.; ValueVision Retail Inc.; JWH Acquisition Company; PW Acquisition Company, LLC; EP Properties, LLC; FL Acquisition Company; Norwell Television, LLC; 867 Grand Avenue, LLC; and Unidentified Parties, 1-25, | |
| Defendants. | |

**STIPULATION BY AND BETWEEN PLAINTIFF AND**
**DEFENDANTS EXTENDING DEFENDANTS' TIME TO**
**FILE AN ANSWER OR RESPOND TO COMPLAINT**

Legacy IMBDS, Inc. (f/k/a iMedia Brands, Inc.), Portal Acquisition Company, ValueVision Interactive, Inc., VVI Fulfillment Center, Inc., ValueVision Retail, Inc., JWH Acquisition Company, PW Acquisition Company, LLC, EP Properties, LLC, FL Acquisition Company, Norwell Television, LLC, and 867 Grand Avenue, LLC (collectively, the "Debtor

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

Defendants") and the above-captioned plaintiff (the "Plaintiff") hereby agree to extend Debtor Defendants' time to file an answer or respond to the complaint filed by the Plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"). In support hereof, the Debtor Defendants and Plaintiff state as follows:

The Plaintiff initiated the Adversary Proceeding against, among others, the Debtor Defendants by filing a complaint [Adv. Proc. No. 23-50753] (the "Complaint") with this Court on November 1, 2023.

In order to allow the parties an opportunity to resolve the Adversary Proceeding on the merits, the Plaintiff and the Debtor Defendants agreed to extend Defendants' time to file an answer or respond to the Complaint through and including December 21, 2023. Debtor Defendants acknowledge service and service of process in this Adversary Proceeding.

The parties' entry into this Stipulation shall be without prejudice to the ability of the parties to seek a further extension or modification of the Debtor Defendants' time to answer or respond to the Complaint.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 6, 2023

| **PACHULSKI STANG ZIEHL & JONES LLP** | **GIBBONS P.C.** |
|---|---|
| */s/ Laura Davis Jones* | */s/ Christopher Viceconte* |
| Laura Davis Jones (DE Bar No. 2436) | Christopher Viceconte (No. 5568) |
| Timothy P. Cairns (DE Bar No. 4228) | Chantelle D. McClamb (No. 5978) |
| 919 North Market Street, 17th Floor | GIBBONS P.C. |
| P.O. Box 8705 | 300 Delaware Avenue, Suite 1015 |
| Wilmington, Delaware 19899-8705 (Courier 19801) | Wilmington, Delaware 19801-1671 |
| Telephone: 302-652-4100 | (302) 518-6300 |
| Facsimile: 302-652-4400 | cviceconte@gibbonslaw.com |
| E-mail: ljones@pszjlaw.com | cmcclamb@gibbonslaw.com |
| tcairns@pszjlaw.com | |
| | -and- |
| -and- | |
| | **THOMPSON HINE LLP** |
| **ROPES & GRAY LLP** | |
| Ryan Preston Dahl (admitted *pro hac vice*) | Curtis L. Tuggle, Esq. |
| Cristine Pirro Schwarzman (admitted *pro hac vice*) | Jonathan S. Hawkins, Esq. |
| | 3900 Key Center |
| 1211 Avenue of the Americas | 127 Public Square |
| New York, New York 10036 | Cleveland, Ohio 44144 |
| Telephone: (212) 596-9000 | (216) 566-5500 |
| Facsimile: (212) 596-9090 | curtis.tuggle@thompsonhine.com |
| E-mail: ryan.dahl@ropesgray.com | jonathan.hawkins@thompsonhine.com |
| cristine.schwarzman@ropesgray.com | |
| | -and- |
| -and- | |
| | Ryan Blackney, Esq. |
| **ROPES & GRAY LLP** | 20 N. Clark, Ste. 3200 |
| Stephen L. Iacovo (admitted *pro hac vice*) | Chicago, IL 60602 |
| Jeramy D. Webb (admitted *pro hac vice*) | (312) 998-4283 |
| 191 North Wacker Drive, 32nd Floor | rblackney@thompsonhine.com |
| Chicago, Illinois 60606 | |
| Telephone: (312) 845-1200 | *Counsel for Plaintiff* |
| Facsimile: (312) 845-5500 | |
| E-mail: stephen.iacovo@ropesgray.com | |
| jeramy.webb@ropesgray.com | |
| | |
| *Counsel for Debtor Defendants* | |