IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy IMDBS, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | Jointly Administered |
| Synacor, Inc., | |
| Plaintiff, | Adversary Proceeding No. 23-50753 (KBO) |
| v. | |
| IV Media, LLC; Innovation Ventures, LLC; Portal Acquisition Co.; iMedia Brands, Inc.; ValueVision Interactive, Inc.; VVI Fulfillment Center, Inc.; ValueVision Retail Inc.; JWH Acquisition Company; PW Acquisition Company, LLC; EP Properties, LLC; FL Acquisition Company; Norwell Television, LLC; 867 Grand Avenue, LLC; and Unidentified Parties, 1-25, | |
| Defendants. | |

**STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT FOR DECLARATORY JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Synacor, Inc. and Defendants IV Media, LLC and Innovation Ventures, LLC (together, the "Defendants") that Defendants' time within which they must respond to the *Complaint for Declaratory Judgment*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

filed in the above-captioned adversary proceeding is extended through and including January 4, 2024. The Defendants acknowledge the sufficiency of service and service of process.

| GIBBONS P.C. | GREENBERG TRAURIG, LLP |
|---|---|
| */s/ Christopher Viceconte* <br> Christopher Viceconte (No. 5568) <br> Chantelle D. McClamb (No. 5978) <br> 300 Delaware Avenue, Suite 1015 <br> Wilmington, Delaware 19801-1671 <br> Telephone: (302) 518-6300 <br> Email: cviceconte@gibbonslaw.com <br>         cmcclamb@gibbonslaw.com <br><br> *Counsel for the Plaintiff* <br><br> Dated: December 6, 2023 | */s/ Dennis A. Meloro* <br> Dennis A. Meloro (No. 4435) <br> 222 Delaware Avenue, Suite 1600 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 661-7000 <br> Email: dennis.meloro@gtlaw.com <br><br> *Counsel for the Defendants* <br><br> Dated December 6, 2023 |