# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy IMBDS, Inc. *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |
| Synacor, Inc., | |
| Plaintiff, | Adv. Proc. No. 23-50753 (KBO) |
| v. | |
| IV Media, LLC; Innovation Ventures, LLC; Portal Acquisition Co.; iMedia Brands, Inc.; ValueVision Interactive, Inc.; VVI Fulfillment Center, Inc.; ValueVision Retail Inc.; JWH Acquisition Company; PW Acquisition Company, LLC; EP Properties, LLC; FL Acquisition Company; Norwell Television, LLC; 867 Grand Avenue, LLC; and Unidentified Parties, 1-25, | |
| Defendants. | |

## NOTICE OF SERVICE OF FIRST SET OF REQUESTS FOR PRODUCTION TO IV MEDIA, LLC

**PLEASE TAKE NOTICE** that, on December 21, 2023, a copy of Synacor, Inc.'s First Set of Requests For Production to IV Media, LLC, was served on counsel for IV Media, LLC, by electronic mail, as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

**GREENBERG TRAURIG, LLP**
Dennis A. Meloro
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Email: dennis.meloro@gtlaw.com

|  |  |
|---|---|
| Dated: December 21, 2023<br>Wilmington, Delaware | /s/ *Christopher Viceconte*<br>Christopher Viceconte  (No. 5568)<br>Chantelle D. McClamb (No. 5978)<br>**GIBBONS P.C.**<br>300 Delaware Avenue, Suite 1015<br>Wilmington, Delaware 19801-1671<br>(302) 518-6300<br>cviceconte@gibbonslaw.com<br>cmcclamb@gibbonslaw.com<br><br>and<br><br>**THOMPSON HINE LLP**<br><br>Curtis L. Tuggle, Esq.<br>Jonathan S. Hawkins, Esq.<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44144<br>(216) 566-5500<br>curtis.tuggle@thompsonhine.com<br>jonathan.hawkins@thompsonhine.com<br><br>and<br><br>Ryan Blackney, Esq.<br>20 N. Clark, Ste. 3200<br>Chicago, IL 60602<br>(312) 998-4283<br>rblackney@thompsonhine.com<br><br>*Attorneys for Synacor, Inc.* |