## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy IMBDS, Inc. *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |
| Synacor, Inc., | |
| Plaintiff, | Adv. Proc. No. 23-50753 (KBO) |
| v. | |
| IV Media, LLC; Innovation Ventures, LLC; Portal Acquisition Co.; iMedia Brands, Inc.; ValueVision Interactive, Inc.; VVI Fulfillment Center, Inc.; ValueVision Retail Inc.; JWH Acquisition Company; PW Acquisition Company, LLC; EP Properties, LLC; FL Acquisition Company; Norwell Television, LLC; 867 Grand Avenue, LLC; and Unidentified Parties, 1-25, | |
| Defendants. | |

### NOTICE OF SERVICE OF FIRST SET OF REQUESTS FOR PRODUCTION TO LEGACY IMBDS, INC F/K/A IMEDIA BRANDS, INC.

**PLEASE TAKE NOTICE** that, on December 21, 2023, a copy of Synacor, Inc.'s First

Set of Requests For Production to Legacy IMBDS, Inc. f/k/a iMedia Brands, Inc. was served on

counsel for Legacy IMBDS, Inc. f/k/a iMedia Brands, Inc. by electronic mail, as follows:

| **PACHULSKI STANG ZIEHL & JONES LLP** | **ROPES & GRAY LLP** |
|---|---|
| Laura Davis Jones | Ryan Preston Dahl |
| Timothy P. Cairns | Cristine Pirro Schwarzman |
| 919 North Market Street, 17th Floor | 1211 Avenue of the Americas |
| P.O. Box 8705 | New York, New York 10036 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

Wilmington, Delaware 19899-8705
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

Telephone: (212) 596-9000
Facsimile: (212) 596-9090
E-mail: ryan.dahl@ropesgray.com
cristine.schwarzman@ropesgray.com

**ROPES & GRAY LLP**
Stephen L. Iacovo
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
E-mail: stephen.iacovo@ropesgray.com


Dated:  December 21, 2023
Wilmington, Delaware

/s/ *Christopher Viceconte*
Christopher Viceconte  (No. 5568)
Chantelle D. McClamb (No. 5978)
**GIBBONS P.C.**
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801-1671
(302) 518-6300
cviceconte@gibbonslaw.com
cmcclamb@gibbonslaw.com

and

**THOMPSON HINE LLP**

Curtis L. Tuggle, Esq.
Jonathan S. Hawkins, Esq.
3900 Key Center
127 Public Square
Cleveland, Ohio 44144
(216) 566-5500
curtis.tuggle@thompsonhine.com
jonathan.hawkins@thompsonhine.com

and

Ryan Blackney, Esq.
20 N. Clark, Ste. 3200
Chicago, IL 60602
(312) 998-4283
rblackney@thompsonhine.com
*Attorneys for Synacor, Inc.*