# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy IMDBS, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | Jointly Administered |
| Synacor, Inc., | |
| Plaintiff, | Adversary Proceeding No. 23-50753 (KBO) |
| v. | |
| IV Media, LLC; Innovation Ventures, LLC; Portal Acquisition Co.; iMedia Brands, Inc.; ValueVision Interactive, Inc.; VVI Fulfillment Center, Inc.; ValueVision Retail Inc.; JWH Acquisition Company; PW Acquisition Company, LLC; EP Properties, LLC; FL Acquisition Company; Norwell Television, LLC; 867 Grand Avenue, LLC; and Unidentified Parties, 1-25, | **Ref. Docket No. 18** |
| Defendants. | |

## ORDER APPROVING STIPULATION FOR FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR DECLARATORY JUDGMENT

Upon consideration of the *Stipulation for Further Extension of Time to Respond to Complaint for Declaratory Judgment* (the "Stipulation"),[2] a copy of which is attached hereto as

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation or Certification, as applicable.

Exhibit 1 and submitted under Certification of Counsel (the "Certification"), and the Court having determined that there is good and sufficient cause appearing therefor

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved as set forth herein

2. Defendants' time to respond to the Complaint is hereby extended through and including January 11, 2024.

3. The Defendants acknowledge the sufficiency of service and service of process.

4. This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order.

Dated: January 5th, 2024
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE