## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy IMBDS, Inc. *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |
| Synacor, Inc., | |
| Plaintiff, | Adv. Proc. No. 23-50753 (KBO) |
| v. | |
| IV Media, LLC; Innovation Ventures, LLC; Portal Acquisition Co.; iMedia Brands, Inc.; ValueVision Interactive, Inc.; VVI Fulfillment Center, Inc.; ValueVision Retail Inc.; JWH Acquisition Company; PW Acquisition Company, LLC; EP Properties, LLC; FL Acquisition Company; Norwell Television, LLC; 867 Grand Avenue, LLC; and Unidentified Parties, 1-25, | Ref. Docket Nos. 11, 20 |
| Defendants. | |

### AMENDED NOTICE OF EXTENSION OF DEADLINE FOR THE
### RULE 26(f) CONFERENCE AND PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that, on December 15, 2023, the Court entered the *Order Approving Stipulation by and between Plaintiff and Defendants Extending the Deadline for the Rule 26(f) Conference and Pre-Trial Conference* [Docket No. 11] (the "<u>Stipulation Order</u>").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

**PLEASE TAKE NOTICE** that, pursuant to paragraph 3 of the Stipulation Order, the Rule 26(f) and Pre-Trial Conference deadlines may be further extended upon the written consent of the Stipulation Parties.

**PLEASE TAKE NOTICE** that the Stipulation Parties have each consented in writing to a further extension of the Pre-Trial Conference currently scheduled for January 23, 2024 at 9:30 a.m. (EST) [Docket No. 20] to February 21, 2024 at 9:30 a.m. (EST). Accordingly, the Pre-Trial Conference is adjourned to February 21, 2024 at 9:30 a.m. (EST).

**PLEASE TAKE NOTICE** that all obligations attendant to the Rule 26(f) Conference pursuant to the Delaware Bankruptcy Court Local Rules, including Rules 7016-1 and 7026-3, are likewise extended.

[*Remainder of Page Intentionally Left Blank*]

---

[2]    Capitalized terms not otherwise defined here in have the meanings ascribed to such terms in the Stipulation or Certification, as applicable.

Dated:  January 18, 2024

| **PACHULSKI STANG ZIEHL & JONES LLP** | **GIBBONS P.C.** |
|---|---|
| */s/ Laura Davis Jones* | */s/ Christopher Viceconte* |
| Laura Davis Jones (DE Bar No. 2436) | Christopher Viceconte (No. 5568) |
| Timothy P. Cairns (DE Bar No. 4228) | Chantelle D. McClamb (No. 5978) |
| 919 North Market Street, 17th Floor | GIBBONS P.C. |
| P.O. Box 8705 | 300 Delaware Avenue, Suite 1015 |
| Wilmington, Delaware 19899-8705 (Courier 19801) | Wilmington, Delaware 19801-1671 |
| Telephone: 302-652-4100 | (302) 518-6300 |
| Facsimile: 302-652-4400 | cviceconte@gibbonslaw.com |
| E-mail:  ljones@pszjlaw.com | cmcclamb@gibbonslaw.com |
|         tcairns@pszjlaw.com | |
| | -and- |
| -and- | **THOMPSON HINE LLP** |
| **ROPES & GRAY LLP** | Curtis L. Tuggle, Esq. |
| Ryan Preston Dahl (admitted *pro hac vice*) | Jonathan S. Hawkins, Esq. |
| Cristine Pirro Schwarzman (admitted *pro hac vice*) | 3900 Key Center |
| | 127 Public Square |
| 1211 Avenue of the Americas | Cleveland, Ohio 44144 |
| New York, New York 10036 | (216) 566-5500 |
| Telephone: (212) 596-9000 | curtis.tuggle@thompsonhine.com |
| Facsimile: (212) 596-9090 | jonathan.hawkins@thompsonhine.com |
| E-mail:  ryan.dahl@ropesgray.com | |
|         cristine.schwarzman@ropesgray.com | -and- |
| -and- | Ryan Blackney, Esq. |
| | 20 N. Clark, Ste. 3200 |
| **ROPES & GRAY LLP** | Chicago, IL 60602 |
| Stephen L. Iacovo (admitted *pro hac vice*) | (312) 998-4283 |
| Jeramy D. Webb (admitted *pro hac vice*) | rblackney@thompsonhine.com |
| 191 North Wacker Drive, 32nd Floor | |
| Chicago, Illinois 60606 | *Counsel for Plaintiff* |
| Telephone: (312) 845-1200 | |
| Facsimile: (312) 845-5500 | |
| E-mail:  stephen.iacovo@ropesgray.com | |
|         jeramy.webb@ropesgray.com | |
| | |
| *Counsel for Debtor Defendants* | |

**GREENBERG TRAURIG, LLP**

*/s/ Dennis A. Meloro*
Dennis A. Meloro (No. 4435)
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Email: dennis.meloro@gtlaw.com

*Counsel for Non-Debtor Defendants*

Dated: January 18, 2024

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 18th day of January 2024, a true and correct copy of the foregoing *Notice of Extension of Deadline for the Rule 26(f) Conference and Pre-Trial Conference* was caused to be served via CM/ECF on all parties who have registered for electronic service in this case.

Dated: January 18, 2024
Wilmington, Delaware

*/s/ Christopher Viceconte*
Christopher Viceconte (No. 5568)
Gibbons, P.C.