# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy IMBDS, Inc. *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |
| Synacor, Inc., | |
| Plaintiff, | Adv. Proc. No. 23-50753 (KBO) |
| v. | |
| IV Media, LLC; Innovation Ventures, LLC; Portal Acquisition Co.; iMedia Brands, Inc.; ValueVision Interactive, Inc.; VVI Fulfillment Center, Inc.; ValueVision Retail Inc.; JWH Acquisition Company; PW Acquisition Company, LLC; EP Properties, LLC; FL Acquisition Company; Norwell Television, LLC; 867 Grand Avenue, LLC; and Unidentified Parties, 1-25, | |
| Defendants. | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE BY AND BETWEEN PLAINTIFF AND DEFENDANTS

It is hereby stipulated and agreed by, between and among Legacy IMBDS, Inc. (f/k/a iMedia Brands, Inc.), Portal Acquisition Company, ValueVision Interactive, Inc., VVI Fulfillment Center, Inc., ValueVision Retail, Inc., JWH Acquisition Company, PW Acquisition Company,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

LLC, EP Properties, LLC, FL Acquisition Company, Norwell Television, LLC, and 867 Grand Avenue, LLC (collectively, the "Debtor Defendants"), IV Media, LLC and Innovation Ventures, LLC (collectively, the "Non-Debtor Defendants" and together with the Debtor Defendants, the "Defendants") and Synacor, Inc. (the "Plaintiff" and together with the Defendants, the "Parties"), each a party to the above-captioned adversary proceeding (the "Adversary Proceeding"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable in the Adversary Proceeding pursuant to Federal Rule of Bankruptcy Procedure 7041, that this Adversary Proceeding is voluntarily dismissed with prejudice and with each party to bear its own attorneys' fees, expenses and costs, as the Parties have settled and fully and finally resolved any and all claims and counterclaims brought in the Adversary Proceeding, and the Adversary Proceeding shall immediately be terminated.

[*Remainder of Page Intentionally Left Blank*]

Dated: February 23, 2024

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **GIBBONS P.C.** |
| */s/ Mary F. Caloway* | */s/ Christopher Viceconte* |
| Laura Davis Jones (DE Bar No. 2436) | Christopher Viceconte (No. 5568) |
| Timothy P. Cairns (DE Bar No. 4228) | Chantelle D. McClamb (No. 5978) |
| Mary F. Caloway (DE Bar No. 3059) | GIBBONS P.C. |
| 919 North Market Street, 17th Floor | 300 Delaware Avenue, Suite 1015 |
| P.O. Box 8705 | Wilmington, Delaware 19801-1671 |
| Wilmington, Delaware 19899-8705 (Courier 19801) | (302) 518-6300 |
| Telephone: 302-652-4100 | cviceconte@gibbonslaw.com |
| Facsimile: 302-652-4400 | cmcclamb@gibbonslaw.com |
| E-mail: ljones@pszjlaw.com | |
|          tcairns@pszjlaw.com | -and- |
| | |
| -and- | **THOMPSON HINE LLP** |
| | |
| **ROPES & GRAY LLP** | Curtis L. Tuggle, Esq. |
| Ryan Preston Dahl (admitted *pro hac vice*) | Jonathan S. Hawkins, Esq. |
| Cristine Pirro Schwarzman (admitted *pro hac vice*) | 3900 Key Center |
| 1211 Avenue of the Americas | 127 Public Square |
| New York, New York 10036 | Cleveland, Ohio 44144 |
| Telephone: (212) 596-9000 | (216) 566-5500 |
| Facsimile: (212) 596-9090 | curtis.tuggle@thompsonhine.com |
| E-mail: ryan.dahl@ropesgray.com | jonathan.hawkins@thompsonhine.com |
|          cristine.schwarzman@ropesgray.com | |
| | -and- |
| -and- | |
| | Ryan Blackney, Esq. |
| **ROPES & GRAY LLP** | 20 N. Clark, Ste. 3200 |
| Stephen L. Iacovo (admitted *pro hac vice*) | Chicago, IL 60602 |
| Jeramy D. Webb (admitted *pro hac vice*) | (312) 998-4283 |
| 191 North Wacker Drive, 32nd Floor | rblackney@thompsonhine.com |
| Chicago, Illinois 60606 | |
| Telephone: (312) 845-1200 | *Counsel for Plaintiff* |
| Facsimile: (312) 845-5500 | |
| E-mail: stephen.iacovo@ropesgray.com | |
|          jeramy.webb@ropesgray.com | |
| | |
| *Counsel for Debtor Defendants* | |

3

**GREENBERG TRAURIG, LLP**

*/s/ Dennis A. Meloro*
Dennis A. Meloro (No. 4435)
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Email: dennis.meloro@gtlaw.com

*Counsel for Non-Debtor Defendants*

Dated: February 23, 2024